# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

VICTORY GLOBAL, LLC d/b/a BROUGH
BROTHERS DISTILLERY

        Appellant,

    v.

FRESH BOURBON LLC

        Appellee.

Case No. 25-5173
Originating Case
No. 5:21-cv-00062

## MOTION TO WITHDRAW AS COUNSEL

Attorneys D. Christopher Robinson and Allison W. Weyand of the law firm Frost Brown Todd LLP (collectively "Frost Brown Todd"), respectfully move this Court for an Order granting them leave to withdraw as counsel for Appellant Victory Global, LLC dba Brough Brothers Distillery ("Victory Global") in this action. In support of this motion, Frost Brown Todd states as follows:

1. Frost Brown Todd has good cause for withdrawing as counsel of record for Victory Global under Rule 1.16(b) of the Model Rules of Professional Conduct. While in accordance with the obligations imposed by Rule 1.16 of the Model Rules of Professional Conduct, Frost Brown Todd has not described the specific grounds for his withdrawal in this publicly filed motion, Frost Brown Todd will

explain the grounds for withdrawal to the Court, if the Court wishes, in an *in camera* proceeding or filing.

2. This motion is not brought for purposes of delay and will not result in prejudice to Appellee. No briefing schedule has been entered at this time.

3. Victory Global has been provided with notice of the filing of this motion to withdraw and apprised of all upcoming deadlines.

WHEREFORE, Frost Brown Todd respectfully requests that the Court enter an order granting this Motion to Leave to Withdraw as Counsel for Victory Global, to reasonably extend all pending filing deadlines so as to give Victory Global reasonable opportunity to retain replacement counsel and proceed with the appeal and grant such other relief as the Court deems necessary and just.

Respectfully submitted,

*/s/Allison W. Weyand*
D. Christopher Robinson
Allison W. Weyand
FROST BROWN TODD LLP
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087
crobinson@fbtlaw.com
aweyand@fbtlaw.com
*Counsel for Appellant Victory Global, LLC d/b/a Brough Brothers Distillery*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF on March 24, 2025, which will send copies to all registered users.

| | |
|---|---|
| Jack A. Wheat<br>Bruce B. Paul<br>Peter J. Rosene<br>McBRAYER PLLC<br>500 West Jefferson Street, Suite 2400<br>Louisville, Kentucky 40202<br>jwheat@mcbrayerfirm.com<br>bpaul@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br>*Counsel for Appellee Fresh Bourbon LLC* | Perry Adanick<br>ROLFES HENRY CO., LPA<br>10200 Forest Green Blvd., Suite 602<br>Louisville, KY 40223<br>padanick@rolfeshenry.com<br>*Counsel for Appellee Fresh Bourbon LLC* |

                                                          */s/Allison W. Weyand*
                                                        *Counsel for Appellant Victory Global, LLC d/b/a Brough Brothers Distillery*

0129001.0616236  4912-1465-3484