# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

VICTORY GLOBAL, LLC d/b/a BROUGH BROTHERS DISTILLERY

    Appellant,

v.

FRESH BOURBON LLC

    Appellee.

Case No. 25-5173
Originating Case No. 5:21-cv-00062

## APPELLEE'S RESPONSE TO MOTION TO WITHDRAW

Appellee Fresh Bourbon LLC has no objection to the Motion to Withdraw as Counsel (Doc. 6). In order to keep the matter on track, however, Fresh Bourbon requests that the Appellant be ordered to obtain new counsel within 30 days so that the case can move forward in an expeditious fashion.

Respectfully submitted,

*/s/Perry A. Adanick*
Perry Adanick
ROLFES HENRY CO., LPA
10200 Forest Green Blvd., Suite 602
Louisville, KY 40223
(502) 371-4000
(502) 371-4009 (FAX)
padanick@rolfeshenry.com
*Counsel for Appellee,*
*Fresh Bourbon LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed via the Court's ECF on March 26, 2025, which will send copies to all registered users.

| | |
|---|---|
| D. Christopher Robinson<br>Allison W. Weyand<br>FROST BROWN TODD LLP<br>400 West Market Street, 32nd Floor<br>Louisville, KY 40202-3363<br>Phone: (502) 589-5400<br>Fax: (502) 581-1087<br>crobinson@fbtlaw.com<br>aweyand@fbtlaw.com<br>*Counsel for Appellant Victory Global, LLC*<br>*d/b/a Brough Brothers Distillery* | Jack A. Wheat<br>Bruce B. Paul<br>Peter J. Rosene<br>McBRAYER PLLC<br>500 West Jefferson Street, Suite 2400<br>Louisville, Kentucky 40202<br>jwheat@mcbrayerfirm.com<br>bpaul@mcbrayerfirm.com<br>prosene@mcbrayerfirm.com<br>*Counsel for Appellee Fresh Bourbon LLC* |

                                                     */s/Perry A. Adanick*
                                                     *Counsel for Appellee*